**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-6614**

———————

In Re:  JOSE JUAN RODRIGUEZ,

                                        Petitioner.

———————

On Petition for Writ of Mandamus.  (CA-01-900-2)

———————

Submitted:  July 8, 2003            Decided:  July 24, 2003

———————

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Petition denied by unpublished per curiam opinion.

———————

Jose Juan Rodriguez, Petitioner Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jose Juan Rodriguez petitions for a writ of mandamus. He seeks an order to compel the district court to grant a certificate of appealability or to explain its reasons for failing to do so.

Mandamus relief is available only when the petitioner has a clear right to the relief sought. See In re First Fed. Sav. & Loan Assn., 860 F.2d 135, 138 (4th Cir. 1988). Further, mandamus is a drastic remedy and should only be used in extraordinary circumstances. See Kerr v. United States Dist. Court, 426 U.S. 394, 402 (1976); In re Beard, 811 F.2d 818, 826 (4th Cir. 1987). Mandamus may not be used as a substitute for appeal. See In re United Steelworkers, 595 F.2d 958, 960 (4th Cir. 1979).

We grant Rodriguez leave to proceed in forma pauperis, but deny the petition for writ of mandamus, as Rodriquez is not entitled to the relief sought. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2